■ In the Matter of the Claim of RONALD HUCH, Appellant. COMMISSIONER OF LABOR, Respondent. [60 NYS3d 701]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed August 22, 2016, which ruled that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Garry, J.P., Lynch, Devine, Mulvey and Rumsey, JJ., concur. Ordered that the decision is affirmed, without costs.